AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

DISTRICT OF __Massachusetts__

UNITED STATES OF AMERICA

V.

GILBERTO LOPES NAGIME
530 WILLARD STREET, APT 101
QUINCY, MA

(Name and Address of Defendant)

**CRIMINAL COMPLAINT**

CASE NUMBER: MJ 05-854-MBB

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __4/13/05, 4/19/05, and 5/10/05__ in __Norfolk__ county, in the District of __Massachusetts__ defendant(s) did, (Track Statutory Language of Offense)

knowingly transfer identification documents, authentication features, and false identification documents knowing that such documents or features were stolen or produced without lawful authority

AND

sold orders, records, signatures and other instruments, papers, and proceedings required and authorized by any law relating to registry of aliens, knowing the same to be false, forged, altered, antedated, or counterfeited

in violation of Title __18__ United States Code, Section(s) __1028(a)(2) and 1426(b)__.

I further state that I am a(n) __ICE Special Agent__ and that this complaint is based on the following
                                    Official Title

facts:

Please see attached affidavit

Continued on the attached sheet and made a part hereof:  ☒ Yes   ☐ No

Signature of Complainant

Sworn to before me and subscribed in my presence,

__June 17, 2005 @ 12:45PM__ at  Boston, Massachusetts
Date                                              City and State

Marianne B. Bowler
United States Magistrate Judge
Name & Title of Judicial Officer

Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.